

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00341-CV

CITY OF CEDAR PARK
v.
JUAN DELAPENA, INDIVIDUALLY AND AS NEXT FRIEND OF C.D.L.P., A MINOR;
AND KORINA DELAPENA, INDIVIDUALLY AND ON BEHALF OF
THE ESTATE OF C.D., A DECEASED MINOR

On Appeal from the
201st District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-19-007803

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

November 17, 2022